

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Shanon Franatovich, Appellant

No. 06-13-00038-CR        v.

State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 41363-B).  Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Shanon Franatovich, pay all costs of this appeal.

RENDERED JULY 24, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk